## DANIEL H. *v.* COMMISSIONER OF CORRECTION
## (AC 25440)

Schaller, Flynn and Gruendel, Js.

Submitted on briefs May 27—officially released June 28, 2005

Per Curiam. The judgment is affirmed.

## BRIDGEPORT ANESTHESIA ASSOCIATES, P.C. *v.*
## JOHN MURRAY
## (AC 25877)

Dranginis, Bishop and McLachlan, Js.

Submitted on briefs May 27—officially released June 28, 2005

Per Curiam. The judgment is affirmed.

## HOLLIS B. WILSON *v.* COMMISSIONER OF
## CORRECTION
## (AC 25052)

Dranginis, Flynn and McLachlan, Js.

Submitted on briefs May 27—officially released June 28, 2005

Per Curiam. The judgment is affirmed.